**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**Case No. 10-60179-CR-GOLD/GOODMAN**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANDRA MEZA,

    Defendant.
_____/

### ORDER ON REPLY DEADLINE

THIS MATTER is before the Court on Sandra Meza's Motion for Resolution of Deportation Status Pursuant to Article III of the United States Constitution. [ECF No. 33]. The government filed its response to Meza's motion on February 23, 2012. [ECF No. 35]. Consequently, it is hereby **ORDERED** and **ADJUDGED** that Meza may file a reply of no more than 10 pages in support of her motion, if she chooses, by no later than Monday, March 5, 2012. Plaintiff, who is proceeding *pro se*, is not required to submit a reply, and the Court will consider her motion with or without a reply.

    **DONE** and **ORDERED**, in Chambers, in Miami, Florida, this 24th day of February, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Alan Gold
Sandra Meza, *pro se*
All counsel of record